Amadeo T. YBARRA, Appellant,

v.

BROTHERHOOD RAILWAY CARMEN
OF AMERICA, Appellee.

No. 21519.

United States Court of Appeals
Fifth Circuit.

Feb. 15, 1965.

J. Marvin Ericson, Corpus Christi, Tex., for appellant.

Donald W. Fisher, Toledo, Ohio, Homer L. Deakins, Jr., Houston, Tex., Fulbright, Crooker, Freeman, Bates & Jaworski, Houston, Tex., Mulholland, Hickey & Lyman, Toledo, Ohio, of counsel, for appellee.

Before BROWN and BELL, Circuit Judges, and HUNTER, District Judge.

PER CURIAM:

The judgment of the district court will be Affirmed on the opinion of Judge Garza, 227 F.Supp. 171.

George BANKSTON, Appellant,

v.

AETNA CASUALTY AND SURETY CO.,
HARTFORD, CONNECTICUT,
Appellee.

No. 21461.

United States Court of Appeals
Fifth Circuit.

Feb. 18, 1965.

L. B. Ponder, Jr., Ponder & Ponder and J. Lynn Ponder, Amite, La., for appellant.

Iddo Pittman, Jr., and Pittman & Matheny, Hammond, La., for appellee.

Before WISDOM and GEWIN, Circuit Judges, and BOOTLE, District Judge.

PER CURIAM:

Judgment affirmed.

FLORIDA EAST COAST RAILWAY
COMPANY et al., Appellants,

v.

BROTHERHOOD OF RAILROAD
TRAINMEN, AFL-CIO,
Appellee.

No. 22310.

United States Court of Appeals
Fifth Circuit.

Feb. 15, 1965.

See also D.C., 228 F.Supp. 340.

William B. Devaney, Washington, D. C., for appellants.

Neal Rutledge, Allan Milledge, Miami, Fla., for appellee.

Before RIVES, BROWN and BELL, Circuit Judges.

PER CURIAM.

It is ordered by the Court that:

(1) The motion of the appellants, Florida East Coast Railway Company and R. W. Wyckoff, for stay of the order on Rule to Show Cause entered on February 12, 1965, be, and the same is hereby denied;

(2) The petition of Thomas Edwin Herwick, Et Al., for leave to intervene to request a stay of the order of February 12, 1965, be, and the same is hereby denied;

(3) The motion of the appellee to dismiss the appeal be, and it is carried with the case.